## Commonwealth *v.* Bruce, Appellant.

Submitted December 7, 1970. *Martin W. Bashoff*, for appellant; *Mark Sendrow* and

*Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.